UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARCELLUS P. WHITE,**

   Plaintiff,

v.                                 No. 4:23-cv-0792-P

**ROYAL AMERICAN MANAGEMENT,
ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 34. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that Defendant Royal American's Motion to Dismiss (ECF No. 32) is **GRANTED in part** and **DENIED in part**, while Defendant Rayan Edmund's Motion to Dismiss (ECF No. 33) is **GRANTED** in its entirety. Accordingly, all of Plaintiff's claims against Royal American, <u>except for her race discrimination claim</u>, are **DISMISSED with prejudice**. In addition, all of Plaintiff's claims against Edmund are **DISMISSED with prejudice**.

**SO ORDERED** on this **31st day** of **May 2024.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE